JENNIE MONGIELLO, PLAINTIFF-PETITIONER, v. BOR-OUGH OF HIGHTSTOWN, DEFENDANT-RESPONDENT.

See same case below: 31 *N. J. Super.* 1.

*Mr. Robert E. Dietz* for the petitioner.

*Messrs. Turp & Coates* for the respondent.

October 18, 1954.  Granted.

JULIA E. FOSTER, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. ADAM REISS, DEFENDANT-RESPONDENT.

See same case below: 31 *N. J. Super.* 496.

*Mr. Ishmael Sklarew* for the petitioners.

*Mr. William F. McCloskey* for the respondent.

October 18, 1954.  Granted.